# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC MCPHERSON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: CV 07-656 DOC(RNBx)<br><br>**ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>[Lodged Concurrently With:<br>- Stipulation for Dismissal of Case With Prejudice]<br><br>Complaint Filed: June 5, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

c:\temp\notesfff692\04 proposed order for dismissal.doc

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear his or its own costs and attorneys' fees.

DATED: March 14, 2008

_/s/ David O. Carter_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

_____
ROBERT K. RENNER
SAN-CHUEN LAU
Attorneys for Defendant
Metropolitan Life Insurance Company